# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**BRIAN K. SNOW**                                                                                          **PLAINTIFF**

**V.**                                            **CASE NO. 3:25-CV-3062**

**JOHN MONTOGMERY**
**(Baxter County Sheriff); and**
**TABITHA MAZE (Jail Administrator,**
**Baxter County Detention Center)**                                               **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 16) filed in this case on March 19, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 7th day of April, 2026.


                                                            */s/ Timothy L. Brooks*
                                                            TIMOTHY L. BROOKS
                                                            CHIEF UNITED STATES DISTRICT JUDGE